IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DOUGLAS ALBERTO CARRERO GAITAN, § § Petitioner, § § vs. § KRISTI NOEM, in her official capacity as the § Secretary of the Department of Homeland § Security, *et al.* § § Respondents. § | CIVIL ACTION NO. H-26-123 |

**ORDER**

The petitioner, Douglas Alberto Carrero Gaitan, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Joe Corley Processing Center. Through counsel, he has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his continued detention pending removal proceedings without a proper bond hearing. (Docket Entry No. 1). After considering the petition, the briefing, and the applicable law, the court grants in part Carrero Gaitan's petition, (Docket Entry No. 1), and denies the respondents' motion for summary judgment, (Docket Entry No. 5).

As this court and other courts have articulated in numerous decisions, Carrero Gaitan is properly subject to 8 U.S.C. § 1226(a), not 8 U.S.C. § 1225(b)(2). *See, e.g.*, *Buenrostro-Mendez v. Bondi*, No. H-25-3726, 2025 WL 2886346 (S.D. Tex. Oct. 7, 2025); *Gutierrez v. Thompson*, No. 4:25-4695, 2025 WL 3187521 (S.D. Tex. Nov. 14, 2025); *Buestan v. Chu*, No. 25-cv-16034, 2025 WL 2972252 (D.N.J. Oct. 21, 2025); *see also* Kyle Cheney, *More Than 100 Judges Have Ruled Against the Trump Admin's Mandatory Detention Policy*, Politico (Oct. 31, 2025), https://perma.cc/H6MZ-VC2Z. The court has found no reason to depart from its prior decisions or the decisions of dozens of other courts.

The respondents must provide Carrero Gaitan with a bond hearing under § 1226(a) by January 29, 2026, or release him.  The parties are to update the court on the status of his bond hearing no later than February 2, 2026.  The respondents' motion for summary judgment, (Docket Entry No. 5), is denied.

SIGNED on January 16, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge